IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASRAF ROBINSON | § | |
| (TDJC No. 2229990), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-02709-E-BN |
| | § | |
| BALDEN POLK, Warden, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (Doc. No. 5). No objections were filed. Having reviewed the proposed findings, conclusions, and recommendation for plain error and finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 17th day of March, 2020.

ADA BROWN
UNITED STATES DISTRICT JUDGE